756

and *Gerald T. Wiley* for respondent.

No. 578.  HELMS BAKERIES *v.* STATE BOARD OF EQUAL-
IZATION ET AL.  February 1, 1943. Petition for writ of
certiorari to the District Court of Appeal, 1st Appellate
District, of California, denied.  *Mr. David R. Faries* for
petitioner.  *Messrs. H. H. Linney,* Assistant Attorney
General of California, and *Adrian A. Kragen,* Deputy At-
torney General, for respondents.

No. 586.  CUSHMAN MOTOR WORKS *v.* COMMISSIONER
OF INTERNAL REVENUE.  February 1, 1943.  Petition for
writ of certiorari to the Circuit Court of Appeals for the
Eighth Circuit denied.  *Mr. Thomas S. Allen* for peti-
tioner.  *Solicitor General Fahy, Assistant Attorney Gen-
eral Clark,* and *Messrs. Sewall Key, Samuel H. Levy,* and
*Joseph M. Jones* for respondent.

No. 596.  GALBAN LOBO Co. *v.* HENDERSON.  February
1, 1943.  Petition for writ of certiorari to the United
States Emergency Court of Appeals denied.  *Mr. Donald
Marks* for petitioner.  *Solicitor General Fahy* for respond-
ent.

No. 599.  FAIRCLAW *v.* FORREST.  February 1, 1943.
Petition for writ of certiorari to the United States Court
of Appeals for the District of Columbia denied.  *Mr.
Geo. E. C. Hayes* for petitioner.  *Mr. Richard E. Shands*
for respondent.